PROB 12C
(6/16)

Report Date:  March 6, 2018

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles E. Brown                    Case Number: 0980 2:18CR00037-TOR-1

Address of Offender:                    , Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Marsha J. Pechman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 8, 2012

Original Offense:          Felon in Possession of a Firearm, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2); Felon in
                           Possession of a Firearm, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2); Felon in Possession of
                           Ammunition, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2)

Original Sentence:         Prison - 84 months          Type of Supervision: Supervised Release
                           TSR - 36 months

Asst. U.S. Attorney:       Federal Defenders Office     Date Supervision Commenced: December 18, 2017

Defense Attorney:          U.S. Attorneys Office        Date Supervision Expires: December 17, 2020

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 1**: The defendant shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol. <u>The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision</u>. Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer. |

**Supporting Evidence:** On December 20, 2017, Mr. Brown participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Brown signed a copy of the conditions of supervision acknowledging his understanding of those conditions. Mr. Brown violated his terms of supervision by ingesting cocaine on or about February 23, 2018.

**Prob12C**
**Re: Brown, Charles E**
**March 6, 2018**
**Page 2**

On March 2, 2018, Mr. Brown submitted a urinalysis that tested presumptive positive for cocaine. Mr. Brown admitted to the undersigned and via a signed document that he last consumed cocaine on or about February 23, 2018.

The U.S. Probation Office respectfully recommends the Court issue a **summons** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/06/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

March 7, 2018

Date