PROB 12C
(6/16)

Report Date: March 15, 2018

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Charles E. Brown | Case Number: 0980 2:18CR00037-TOR-1 |
| Address of Offender: | Spokane, Washington 99204 |

Name of Sentencing Judicial Officer:  The Honorable Marsha J. Pechman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 8, 2012

Original Offense: Felon in Possession of a Firearm, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2); Felon in Possession of a Firearm, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2); Felon in Possession of Ammunition, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: December 18, 2017 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 17, 2020 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/07/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 1**: The defendant shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol. <u>The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision.</u> Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer.<br><br>**Supporting Evidence**: On December 20, 2017, Mr. Brown participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Brown signed a copy of the conditions of supervision acknowledging his understanding of those conditions.<br><br>On March 14, 2018,  Mr. Brown reported to the U.S. Probation Office and admitted to the undersigned, and via a signed document, that he violated his terms of supervised release by consuming cocaine on or about March 11, 2018. |

Prob12C
**Re: Brown, Charles E.**
**March 15, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/07/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/15/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Thomas O. Rice_
Signature of Judicial Officer

March 15, 2018
Date