# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles E. Brown      Case Number: 0980 2:18CR00037-TOR-1

Address of Offender: ███

Name of Sentencing Judicial Officer: The Honorable Marsha J. Pechman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 8, 2012

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2); Felon in Possession of a Firearm, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2); Felon in Possession of Ammunition, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2) |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot |
| | Date Supervision Commenced: December 18, 2017 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: December 17, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/07/2018 and 03/15/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 1**: The defendant shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol. <u>The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision.</u> Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer.<br><br>**Supporting Evidence**: On December 20, 2017, Mr. Brown participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Brown signed a copy of the conditions of supervision acknowledging his understanding of those conditions.<br><br>On July 16, 2018, Mr. Brown contacted the undersigned and admitted to ingesting cocaine on July 14 and July 15, 2018. |

Prob12C
Re: Brown, Charles E.
July 17, 2018
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/17/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[X] Other : All pending violations will be addressed at the revocation hearing scheduled for 7/19/2018.

*Thomas O. Rice*

Signature of Judicial Officer

July 17, 2018
Date