PROB 12C
(6/16)

Report Date: December 13, 2018

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 17, 2018**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles E. Brown                     Case Number: 0980 2:18CR00037-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Marsha J. Pechman, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 8, 2012

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2) - 2 counts;
                     Felon in Possession of Ammunition, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2)

Original Sentence:   Prison - 84 months              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Russell E. Smoot                 Date Supervision Commenced: December 18, 2017

Defense Attorney:    David K. Fletcher                Date Supervision Expires: December 17, 2020

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: The defendant shall not lawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug and/or alcohol test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight valid tests per month, pursuant to 18 U.S.C. § 3563(a)(5) and 18 U.S.C. § 3583(d). |

**Supporting Evidence**: Mr. Brown used methamphetamine on October 12, 2018.

On December 20, 2017, Mr. Brown participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Brown signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

On October 15, 2018, while conducting a home contact at Mr. Brown's residence, he admitted to using methamphetamine on October 12, 2018. On October 16, 2018, Mr. Brown submitted a urinalysis that tested presumptive positive for methamphetamine, and signed a document admitting to methamphetamine use on October 12, 2018.

Prob12C
Re: Brown, Charles E.
December 13, 2018
Page 2

| | | |
|---|---|---|
| | 2 | **Mandatory Condition # 3**: The defendant shall not lawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug and/or alcohol test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight valid tests per month, pursuant to 18 U.S.C. § 3563(a)(5) and 18 U.S.C. § 3583(d). |

**Supporting Evidence**: Mr. Brown used methamphetamine on December 6, 2018.

On December 20, 2017, Mr. Brown participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Brown signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

On December 12, 2018, Mr. Brown reported to the U.S. Probation Office and at that time admitted to the undersigned, and via signed document, that he used methamphetamine on December 6, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/13/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer
December 17, 2018
Date