PROB 12C
(6/16)

Report Date:  January 8, 2019

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2019

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles E. Brown          Case Number: 0980 2:18CR00037-TOR-1

Address of Offender:                        Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Marsha J. Pechman, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 8, 2012

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924(a)(2) - 2 counts; Felon in Possession of Ammunition, 18 U.S.C. §§ 922 (g)(1) and 924(a)(2) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release |  |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: December 18, 2017 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 17, 2020 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/17/2018 and 01/03/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 3**: The defendant shall not lawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug and/or alcohol test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight valid tests per month, pursuant to 18 U.S.C. § 3563(a)(5) and 18 U.S.C. § 3583(d). |

**Supporting Evidence**: Mr. Brown used methamphetamine on January 4, 2019.

On December 20, 2017, Mr. Brown participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Brown signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

On January 7, 2019, Mr. Brown reported to the U.S. Probation Office and at that time admitted to the undersigned, and via signed document, that he used methamphetamine on January 4, 2019.

Prob12C
**Re: Brown, Charles E.**
**January 8, 2019**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     01/08/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[✓]   Defendant to appear before the Judge assigned to the
      case.
[ ]   Defendant to appear before the Magistrate Judge.
[✓]   Other:
              This violation will be addressed at the
              Revocation of Supervised Release hearing
              scheduled for 1/23/2019.

_____
Signature of Judicial Officer

January 8, 2019
_____
Date