PROB 12C
(6/16)

Report Date: January 22, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles E. Brown          Case Number: 0980 2:18CR00037-TOR-1

Address of Offender:           Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Marsha J. Pechman, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 8, 2012

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924(a)(2) - 2 counts;
                     Felon in Possession of Ammunition, 18 U.S.C. §§ 922 (g)(1) and 924(a)(2)

Original Sentence:   Prison - 84 months           Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Matthew F. Duggan            Date Supervision Commenced: December 18, 2017

Defense Attorney:    J. Houston Goddard           Date Supervision Expires: December 17, 2020

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/17/2018, 01/03/2019 and 01/09/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 1**: The defendant shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol. <u>The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision</u>. Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer. |

**Supporting Evidence**: Mr. Brown failed to show for his drug test on January 18, 2019.

On December 20, 2017, Mr. Brown participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Brown signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

Prob12C
Re: Brown, Charles E.
January 22, 2019
Page 2

On February 15, 2018, Mr. Brown was advised he would be on the phase urinalysis testing program at Pioneer Human Services (PHS), in conjunction with his outpatient treatment. Mr. Brown was further advised he would be on the urinalysis testing color brown-1. He was directed to call the testing line every day, and was to report to PHS on the days brown-1 was called, in order to submit a urinalysis. Mr. Brown acknowledged an understanding of this process.

On January 19, 2019, without being excused by U.S. Probation, Mr. Brown failed to show to PHS and submit a urinalysis, as brown-1 was scheduled on that date.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/22/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice, Chief U.S. District Judge
Signature of Judicial Officer

January 23, 2019
Date