# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 9, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2019

SEAN F. McAVOY, CLERK

Name of Offender: Charles E Brown   Case Number: 0980 2:18CR00037-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Marsha J. Pechman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 8, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2); Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(2); | |
| Original Sentence: | Prison - 84 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: December 18, 2017 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: December 17, 2020 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/17/2018, 01/03/2019, 01/09/2019, and 01/22/2019.

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 1**: The defendant shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol. The defendant shall also abstain from the use of alcohol and/or other intoxication during the term of supervision. Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer. |
| | **Supporting Evidence**: On April 10, 2019, Charles Brown commenced inpatient treatment at Pioneer Center East. On May 8, 2019, the U.S. Probation Office was notified that Mr. Brown was being unsuccessfully discharged from inpatient treatment for destroying property. |
| | On April 21, 2019, Charles Brown was ordered by The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge, to enter into and successfully complete inpatient treatment. This was part of his conditions and ongoing participation in the Eastern District of Washington Sobriety Treatment and Education Program (STEP). |

Prob12C
**Re: Brown, Charles E**
**May 9, 2019**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/09/2019

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/9/2019
Date