PROB 12C
(6/16)

Report Date: May 13, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2020

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | | | |
|---|---|---|---|
| Name of Offender: Charles E. Brown | | Case Number: 0980 2:18CR00037-TOR-1 | |
| Address of Offender: | | Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 8, 2012

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2); Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(2) |
| Original Sentence: | Prison - 84 months  Type of Supervision: Supervised Release<br>TSR - 36 months |
| Revocation Sentence:<br>(September 26, 2019) | Prison - 8 months<br>TSR - 24 months |
| Asst. U.S. Attorney: | U.S. Attorney's Office    Date Supervision Commenced: March 26, 2020 |
| Defense Attorney: | Lorinda Meier Youngcourt    Date Supervision Expires: March 25, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Mr. Brown is alleged to have used methamphetamine on or about April 15, 2020.

On March 27, 2020, the conditions of supervision were reviewed with the offender, and he acknowledged he understood his conditions of supervision.

On April 17, 2020, Mr. Brown provided a random urinalysis test at Pioneer Human Services. The urine sample was presumptive positive for methamphetamine.  He admitted to the use of methamphetamine on April 15, 2020, and signed a drug use admission form.

Prob12C
**Re: Brown, Charles E.**
**May 13, 2020**
**Page 2**

|     |     |     |
| --- | --- | --- |
|     | 2   | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Brown failed to appear for random urinalysis testing as directed on May 12, 2020.

On March 27, 2020, the conditions of supervision were reviewed with the offender, and he acknowledged he understood his conditions of supervision.

On May 12, 2020, the color of the day for urinalysis testing was gold 1, Mr. Brown's assigned color for urinalysis testing. On May 13, 2020, the undersigned officer was notified that Mr. Brown failed to appear for urinalysis testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/13/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*
Thomas O. Rice
Chief United States District Judge

May 14, 2020
Date