PROB 12C
(6/16)

Report Date: May 28, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2020

SEAN F. MCAVOY, CLERK

Name of Offender: Charles E. Brown                Case Number: 0980 2:18CR00037-TOR-1

Address of Offender:                              Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Marsha J. Pechman, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 8, 2012

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2); Felon in
                         Possession of Ammunition, 18 U.S.C. § 922(g)(2)

Original Sentence:       Prison - 84 months           Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 8 months
(September 26, 2019)     TSR - 24 months

Asst. U.S. Attorney:     U.S. Attorney's Office       Date Supervision Commenced: March 26, 2020

Defense Attorney:        Federal Defenders Office     Date Supervision Expires: March 25, 2022

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/14/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 3 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Brown is alleged to have used methamphetamine on or about May 23, 2020. |
| | On March 27, 2020, the conditions of supervision were reviewed with the offender, and he acknowledged he understood his conditions of supervision. |
| | On May 26, 2020, Mr. Brown provided a urine sample at Pioneer Human Services (PHS), as directed. The urine sample had a temperature of 113 degrees, which categorized the sample as invalid. |

Prob12C
**Re: Brown, Charles E.**
**May 28, 2020**
**Page 2**

On May 28, 2020, the undersigned officer confronted Mr. Brown regarding the urine sample he provided on May 26, 2020. He admitted to bringing a bottle of urine that was not his in an attempt to defeat his urinalysis test. He also admitted to the use of methamphetamine on or about May 23, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/28/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
Chief United States District Judge

May 29, 2020
Date