PROB 12C
(6/16)

Report Date: July 23, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles E. Brown                     Case Number: 0980 2:18CR00037-TOR-1

Address of Offender:                                   Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 8, 2012

Original Offense:         Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2); Felon in
                          Possession of Ammunition, 18 U.S.C. § 922(g)(2)

Original Sentence:        Prison - 84 months              Type of Supervision: Supervised Release
                          TSR - 36 months

Revocation Sentence:      Prison - 8 months
(September 26, 2019)      TSR - 24 months

Asst. U.S. Attorney:      Caitlin A. Baunsgard           Date Supervision Commenced: March 26, 2020

Defense Attorney:         Lorinda Meier Youngcourt       Date Supervision Expires: March 25, 2022

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/13/2020 and 05/28/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

4 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Brown is alleged to have used methamphetamine on or about July 20, 2020.

On March 27, 2020, the conditions of supervision were reviewed with the offender, and he acknowledged he understood his conditions of supervision.

On July 22, 2020, Mr. Brown provided a random urinalysis at Pioneer Human Services. The urine sample was presumptive positive for methamphetamine.  He admitted to the use of methamphetamine on July 20, 2020, and signed a drug use admission form.

Prob12C
Re: Brown, Charles E.
July 23, 2020
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/23/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [X] Other : All pending supervised release violations will be addressed at the revocation hearing scheduled for 10/14/2020.

Thomas O. Rice
Chief United States District Judge

July 23, 2020
Date