PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: December 4, 2020

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 07, 2020**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Charles E. Brown | Case Number: | 0980 2:18CR00037-TOR-1 |
| Address of Offender: | | Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 8, 2012

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2); Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(2) |
| Original Sentence: | Prison - 84 months    Type of Supervision: Supervised Release<br>TSR - 36 months |
| Revocation Sentence (September 26, 2019) | Prison - 8 months<br>TSR - 24 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard    Date Supervision Commenced: March 26, 2020 |
| Defense Attorney: | Lorinda Meier Youngscourt    Date Supervision Expires: March 25, 2022 |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/13/2020, 5/28/2020, and 7/23/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Mr. Brown is alleged to have violated his conditions of supervised release by using methamphetamine on or about December 3, 2020. |
| | On March 27, 2020, the conditions of supervision were reviewed with the offender, and he acknowledged he understood his conditions of supervision. |
| | On December 3, 2020, Mr. Brown provided a random urinalysis at Pioneer Human Services. The urine sample was presumptive positive for methamphetamine.  He admitted to the use of methamphetamine to the undersigned officer. |

Prob12C
Re: Brown, Charles E.
December 4, 2020
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/04/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

December 7, 2020
Date